

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00799-CR

Derri Raye **LUKASIK**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR9695
Honorable Melisa Skinner, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED, and judgment is RENDERED acquitting appellant of the offense of theft.

SIGNED October 3, 2018.

Sandee Bryan Marion, Chief Justice